**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Sameeh RAWLS, Petitioner**

**No. 369 EAL 2017**

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**ESTATE OF: Sidney ROTHBERG, Deceased**

**Petition of: Lynn Rothberg Kearney**

**No. 346 EAL 2017**

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Andre B. HERRING, Petitioner**

**No. 388 EAL 2017**

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Juan PEREZ, Petitioner**

**No. 336 EAL 2017**

Supreme Court of Pennsylvania.

December 13, 2017

## ORDER

PER CURIAM

**AND NOW,** this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**